AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

Count One: 15 U.S.C. § 1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. § 1341 - Mail Fraud (Counts 2 thru 3; Counts 6 thru 9)
18 U.S.C. § 981 (a)(1)(C); 28 U.S.C. § 2641(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

## DEFENDANT - U.S

JOHN MICHAEL GALLOWAY

FILED
DEC - 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR 14 0607 JD

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Invesitgation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: E. Kate Patchen, Dept. of Justice
☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: 12/17/2014; 9:30 a.m. Before Judge: Kandis A. Westmore

Comments:

PENALTY SHEET

Individual: **John Michael Galloway**

15 U.S.C. § 1 – Bid Rigging (Count One)
Maximum Penalties:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($100)
5. Restitution

18 U.S.C. § 1341 – Mail Fraud
(Counts Two through Three and Counts Six through Nine)
Maximum Penalties:
1. A term of imprisonment of 20 years
2. A fine of $1 million
3. A period of supervised release of not more than 5 years
4. $100 special assessment per count ($800)
5. Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
Any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC - 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Count One: 15 U.S.C. § 1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. § 1341 - Mail Fraud (Counts 6 thru 9)
18 U.S.C. § 981 (a)(1)(C); 28 U.S.C. § 2641(c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attachment

## DEFENDANT - U.S

NICHOLAS DIAZ

DISTRICT COURT NUMBER

CR 14 0607 JD

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Invesitgation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: E. Kate Patchen, Dept. of Justice
☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: 12/17/2014; 9:30 a.m.  Before Judge: Kandis A. Westmore

Comments:

# PENALTY SHEET

Individual: **Nicholas Diaz**

15 U.S.C. § 1 – Bid Rigging (Count One)
Maximum Penalties:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($100)
5. Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Six through Nine)
Maximum Penalties:
1. A term of imprisonment of 20 years
2. A fine of $1 million
3. A period of supervised release of not more than 5 years
4. $100 special assessment per count ($300)
5. Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
Any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC - 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count One: 15 U.S.C. § 1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. § 1341 - Mail Fraud (Counts 5 and 6)
18 U.S.C. § 981 (a)(1)(C); 28 U.S.C. § 2461 (c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attachment

### DEFENDANT - U.S

GLENN GUILLORY

DISTRICT COURT NUMBER
CR 14 0607 JD

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: E. Kate Patchen, Dept. of Justice

☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): E. Kate Patchen

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ➧

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ➧ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ➧ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: 12/17/2014; 9:30 a.m. Before Judge: Kandis A. Westmore

Comments:

# PENALTY SHEET

Individual: **Glenn Guillory**

15 U.S.C. § 1 – Bid Rigging (Count One)
Maximum Penalties:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($100)
5. Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Five and Six)
Maximum Penalties:
1. A term of imprisonment of 20 years
2. A fine of $1 million
3. A period of supervised release of not more than 5 years
4. $100 special assessment per count ($200)
5. Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
Any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

## OFFENSE CHARGED

Count One: 15 U.S.C. § 1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. § 1341 - Mail Fraud (Counts 3 and 8)
18 U.S.C. § 981 (a)(1)(C); 28 U.S.C. § 2461 (c) - Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC - 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## DEFENDANT - U.S

THOMAS JOYCE

DISTRICT COURT NUMBER
CR 14 0607 JD

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: E. Kate Patchen, Dept. of Justice
☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): E. Kate Patchen

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: 12/17/2014; 9:30 a.m. Before Judge: Kandis A. Westmore

Comments:

# PENALTY SHEET

Individual: **Thomas Joyce**

15 U.S.C. § 1 – Bid Rigging (Count One)
<u>Maximum Penalties</u>:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($100)
5. Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Three and Eight)
<u>Maximum Penalties</u>:
1. A term of imprisonment of 20 years
2. A fine of $1 million
3. A period of supervised release of not more than 5 years
4. $100 special assessment per count ($200)
5. Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
Any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED DEC - 3 2014 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Count One: 15 U.S.C. § 1 - Bid Rigging (Count 1)
Count Two: 18 U.S.C. § 1341 - Mail Fraud (Counts 3 and 4)
18 U.S.C. § 981 (a)(1)(C); 28 U.S.C. § 2461 (c) - Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attachment

## DEFENDANT - U.S

CHARLES ROCK

DISTRICT COURT NUMBER
CR 14 0607 JD

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: E. Kate Patchen, Dept. of Justice
☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): E. Kate Patchen

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: 12/17/2014; 9:30 a.m. Before Judge: Kandis A. Westmore

Comments:

# PENALTY SHEET

Individual: **Charles Rock**

15 U.S.C. § 1 – Bid Rigging (Count One)
<u>Maximum Penalties</u>:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($100)
5. Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Three and Four)
<u>Maximum Penalties</u>:
1. A term of imprisonment of 20 years
2. A fine of $1 million
3. A period of supervised release of not more than 5 years
4. $100 special assessment per count ($300)
5. Restitution

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture (Counts Two through Nine)
Any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
2014 DEC -3 P 2:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

JOHN MICHAEL GALLOWAY,
NICHOLAS DIAZ, GLENN GUILLORY,
THOMAS JOYCE, and CHARLES ROCK

CR 14 0607

JD

DEFENDANT(S).

## INDICTMENT

Title 15 U.S.C. § 1 (Bid Rigging) (Count One)
Title 18 U.S.C. § 1341 (Mail Fraud) (Counts Two through Nine)
Title 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Forfeiture)

CR14-607JD

A true bill.

Foreman

Filed in open court this 3rd day of
December, 2014

Clerk

Bail, $ summons for December 17, 2014 9:30 AM KAW for each defendant

E. KATE PATCHEN (NYRN 4104634)
KELSEY C. LINNETT (CSBN 274547)
MICAH L. WYATT (CSBN 267465)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
kate.patchen@usdoj.gov

Attorneys for the United States

FILED
2014 DEC -3 P 2:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

v.

JOHN MICHAEL GALLOWAY,
NICHOLAS DIAZ,
GLENN GUILLORY,
THOMAS JOYCE, and
CHARLES ROCK,

Defendants.

CR No. 14 0607 JD

VIOLATIONS: 15 U.S.C. § 1 – Bid Rigging (Count One); 18 U.S.C. § 1341 – Mail Fraud (Counts Two through Nine); 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) – Forfeiture

INDICTMENT

The Grand Jury charges that:

BACKGROUND

1. At all times relevant to this Indictment, when California homeowners defaulted on their mortgages, mortgage holders could institute foreclosure proceedings and sell the properties through non-judicial public real estate foreclosure auctions ("public auctions"). These public auctions were governed by California Civil Code, Section 2924, *et seq*. Typically, a trustee was

appointed to oversee the public auctions. These public auctions usually took place at or near the courthouse of the county in which the properties were located. The auctioneer, acting on behalf of the trustee, sold the property to the bidder offering the highest purchase price. Proceeds from the sale were then used to pay the mortgage holders, other holders of debt secured by the property, and, in some cases, the defaulting homeowner (collectively "beneficiaries").

2. During the period covered by this Indictment, defendant JOHN MICHAEL GALLOWAY was a bidder at and purchased real estate at public auctions in Contra Costa County, California, and directed defendant NICHOLAS DIAZ and others to bid on and purchase real estate at public auctions in Contra Costa County, California.

3. During the period covered by this Indictment, defendant NICHOLAS DIAZ was a bidder at and purchased real estate at public auctions in Contra Costa County, California, on behalf of defendant JOHN MICHAEL GALLOWAY and others.

4. During the period covered by this Indictment, defendant GLENN GUILLORY was a bidder at and purchased real estate at public auctions in Contra Costa County, California, and directed others to bid on and purchase real estate at public auctions in Contra Costa County, California.

5. During the period covered by this Indictment, defendant THOMAS JOYCE was a bidder at and purchased real estate at public auctions in Contra Costa County, California, on behalf of others.

6. During the period covered by this Indictment, defendant CHARLES ROCK was a bidder at and purchased real estate at public auctions in Contra Costa County, California.

**<u>COUNT ONE</u>: 15 U.S.C. § 1 – Bid Rigging**

7. The following individuals are hereby indicted and made defendants on the charge contained in Count One below:

a. JOHN MICHAEL GALLOWAY;

b. NICHOLAS DIAZ;

c. GLENN GUILLORY;

d. THOMAS JOYCE; and

e. CHARLES ROCK.

THE COMBINATION AND CONSPIRACY

8. Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

9. Beginning as early as June 2008 and continuing until in or about January 2011, the exact dates being unknown to the Grand Jury, the defendants, JOHN MICHAEL GALLOWAY, NICHOLAS DIAZ, GLENN GUILLORY, THOMAS JOYCE, and CHARLES ROCK, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain hundreds of selected properties offered at public auctions in Contra Costa County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

10. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and co-conspirators to suppress competition by refraining from and stopping bidding against each other to purchase hundreds of selected properties at public auctions in Contra Costa County at non-competitive prices.

MEANS AND METHODS

11. For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and co-conspirators did those things that they combined and conspired to do, including, among other things:

a. agreeing not to compete to purchase selected properties at public auctions;

b. designating which conspirators would win selected properties at public auctions;

c. refraining from and stopping bidding for selected properties at public auctions;

d. purchasing selected properties at public auctions at artificially suppressed prices;

e. negotiating, making, and receiving payoffs for agreeing not to compete

with co-conspirators; and

f. holding second, private auctions, known as "rounds," to determine the payoff amounts and the conspirators who would be awarded the selected properties.

12. Various entities and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged and performed acts and made statements in furtherance thereof.

## TRADE AND COMMERCE

13. The public auctions and the business activities of the defendants and co-conspirators that are the subject of this Count were within the continuous and uninterrupted flow of, and substantially affected, interstate trade and commerce. For example, during the period covered by this Count:

a. substantial proceeds from the sale of properties purchased by the conspirators pursuant to the bid-rigging conspiracy were transmitted from locations in one state to certain beneficiaries located in other states;

b. instructions regarding the terms of sale of properties that would be purchased by the conspirators pursuant to the bid-rigging conspiracy were transmitted and communicated by certain beneficiaries located in one state to trustees located in other states;

c. paperwork related to the sale of properties purchased by the conspirators pursuant to the bid-rigging conspiracy was sent by trustees located in one state to certain beneficiaries located in other states, notifying them of the sale of properties in which the beneficiaries held an interest; and

d. beneficiaries included companies that operated in interstate commerce.

## JURISDICTION AND VENUE

14. The combination and conspiracy charged in this Count was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

**<u>COUNTS TWO THROUGH NINE</u>: 18 U.S.C. § 1341 – Mail Fraud**

The Grand Jury further charges that:

<u>SCHEME TO DEFRAUD</u>

15. Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated herein as if fully set forth in these Counts.

16. Beginning as early as June 2008 and continuing until in or about January 2011, the exact dates being unknown to the Grand Jury, in Contra Costa County in the Northern District of California, the defendants, JOHN MICHAEL GALLOWAY, NICHOLAS DIAZ, GLENN GUILLORY, THOMAS JOYCE, and CHARLES ROCK, and others known and unknown to the Grand Jury, did knowingly and with intent to defraud, devise and participate in a scheme and artifice to defraud beneficiaries and to obtain money and property from beneficiaries by means of materially false and fraudulent pretenses, representations, and promises, and for purposes of executing such scheme, did use and knowingly cause to be used the United States mail and private or commercial interstate carriers.

17. The purpose of the scheme was to fraudulently acquire title to hundreds of selected properties sold at public auctions in Contra Costa County and to divert to co-schemers money that would have gone to beneficiaries.

<u>MEANS AND METHODS OF THE SCHEME TO DEFRAUD</u>

18. For the purpose of forming and carrying out the charged scheme to defraud, the defendants and co-schemers did those things that they schemed to do, including, among other things:

a. holding second, private auctions, known as "rounds," to determine payoff amounts and the schemers who would be awarded the selected properties;

b. making and causing to be made materially false and misleading statements that trustees relied upon to distribute proceeds to beneficiaries and to convey title to selected properties;

c. paying co-schemers monies that otherwise would have gone to beneficiaries;

d. concealing rounds and payoffs from trustees and beneficiaries; and

e. causing the suppressed purchase prices to be reported and paid to beneficiaries.

USE OF THE MAILS

19. In order to execute the scheme and artifice to defraud, the defendants and co-schemers knowingly used and caused to be used the United States Postal Service and private or commercial interstate carriers.

20. On or about the dates and with respect to the individual defendants specified as to each count set forth below, the defendants and co-schemers did knowingly cause to be delivered by United States mail and private or commercial carriers, including the United States Postal Service, United Parcel Service, and FedEx, the items identified in each Count below:

| Count | Defendants | Approx. Date | To | From | Description |
|---|---|---|---|---|---|
| 2 | JOHN MICHAEL GALLOWAY | 12/04/2009 | 15 Amberwood Lane, Walnut Creek, California | CR Title Services, Inc. | Purchase Money and Auction Paperwork for 4395 North Sugar Maple, Concord, California |
| 3 | JOHN MICHAEL GALLOWAY, THOMAS JOYCE, CHARLES ROCK | 12/22/2009 | 22538 Mission Blvd., Hayward, California | California Reconveyance Company | Trustee's Deed Upon Sale for 2472 Millstream Lane, San Ramon, California |
| 4 | CHARLES ROCK | 04/07/2010 | 3939 Woodside Ct., Lafayette, California | Recon Trust | Trustee's Deed Upon Sale for 19 Heritage Oaks Road, Pleasant Hill, California |
| 5 | GLENN GUILLORY | 04/05/2010 | 2141 5th Ave., San Diego, California | Lender Processing Services, Inc. | Purchase Money and Auction Paperwork for 2180 Geary Road, Pleasant Hill, California |

| Count | Defendants | Approx. Date | To | From | Description |
|---|---|---|---|---|---|
| 6 | JOHN MICHAEL GALLOWAY, NICHOLAS DIAZ, GLENN GUILLORY | 10/14/2010 | 6680 Alhambra Ave., #403, Martinez, California | California Reconveyance Company | Trustee's Deed Upon Sale for 2304 Cambridge Drive, Discovery Bay, California |
| 7 | JOHN MICHAEL GALLOWAY, NICHOLAS DIAZ | 10/21/2010 | 525 East Main St., El Cajon, California | Lender Processing Services, Inc. | Purchase Money and Auction Paperwork for 1711 Costa Ave, San Pablo, California |
| 8 | JOHN MICHAEL GALLOWAY, NICHOLAS DIAZ, THOMAS JOYCE | 09/27/2010 | 2141 5th Ave., San Diego, California | Lender Processing Services, Inc. | Purchase Money and Auction Paperwork for 4003 Roland Drive, Concord, California |
| 9 | JOHN MICHAEL GALLOWAY, NICHOLAS DIAZ | 10/08/2010 | 1100 Virginia Dr., 190-FTW-D40, Fort Washington, Pennsylvania | Lender Processing Services, Inc. | Purchase Money and Auction Paperwork for 140 Eveningstar Court, Pittsburg, California |

JURISDICTION AND VENUE

21. The scheme and artifice to defraud charged in Counts Two through Nine were carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)**

22. Paragraphs 1 through 6 and 15 through 21 of this Indictment are hereby re-alleged as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

//

23. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses alleged in Counts Two through Nine of this Indictment, each defendant so convicted shall be jointly and severally liable to forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts.

24. If, as a result of any act or omission of the defendants, any of said property:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

any and all interest that the defendants have in any other property, up to the value of the property described in Paragraph 23, above, shall be forfeited to the United States pursuant to Title 21,

//
//
//
//
//
//
//
//
//
//
//
//
//

United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Dated: 12-3-14

A TRUE BILL

FOREPERSON

Brent Snyder
Deputy Assistant Attorney General

Marc Siegel
Chief, San Francisco Office

Marvin N. Price
Director of Criminal Enforcement
United States Department of Justice
Antitrust Division

Kelsey C. Linnett, Trial Attorney
E. Kate Patchen, Assistant Chief
Micah L. Wyatt, Trial Attorney
United States Department of Justice
Antitrust Division

Brian J. Stretch
Attorney for the United States
Northern District of California
Acting Under Authority Conferred
by 28 U.S.C. § 515