# United States District Court
# Northern District of California

## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**

USA v. John Michael Galloway, Nicholas Diaz, Glenn Guillory, Thomas Joyce, and Charles Rock

**Case Number:** CR 14 0607 JD

**Total Number of Defendants:**

1 ______ 2-7 ✓ 8 or more ______

**Is This Case Under Seal?**

Yes ______ No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**

Yes ______ No ✓

**Venue (Per Crim. L.R. 18-1):**

SF ______ OAK ✓ SJ ______

**Is this a death-penalty-eligible RICO Act gang case?**

Yes ______ No ✓

**Assigned AUSA (Lead Attorney):**

E. Kate Patchen

**Comments:**

**Date Submitted:**

December ____, 2014



PRINT