UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOHN MICHAEL GALLOWAY, et al.,<br>　　　　Defendants. | Case No. 14-cr-00607-PJH-1<br><br>**ORDER MODIFYING PRETRIAL BRIEFING DEADLINES** |

Pursuant to the stipulation of the parties, the court has set the filing deadline for the United States to file notice of coconspirator statements as November 9, 2016. The parties agreed that defendants' opposition to the coconspirator statements would be filed by November 23, 2016. Doc. no. 73. The court contemplates that any objections to the admissibility and/or designation of the coconspirator statements would be the subject of motions in limine. In light of the winter holidays preceding the pretrial conference set for January 11, 2017, the court MODIFIES the Order for Pretrial Preparation for Criminal Jury Trial, entered December 17, 2015, to advance the pretrial briefing deadlines as follows:  by **November 23, 2016**, the parties shall file pretrial statements, motions in limine, proposed jury instructions, and a proposed form of verdict. Responses to the motions in limine must be filed by **December 7, 2016**.

**IT IS SO ORDERED.**

Dated:  January 7, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge