| | |
|---|---|
| 1 | ALEXIS J. LOEB (CSBN 269895) |
| 2 | THOMAS GREENE (CSBN 57159) |
|   | KELSEY C. LINNETT (CSBN 274547) |
| 3 | U.S. Department of Justice |
|   | Antitrust Division |
| 4 | 450 Golden Gate Avenue |
|   | Box 36046, Room 10-0101 |
| 5 | San Francisco, CA 94102 |
|   | alexis.loeb@usdoj.gov |
| 6 | Telephone: (415) 934-5300 |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 14-00607 PJH |
| v. | **UNITED STATES' SUPPLEMENTAL NOTICE OF COCONSPIRATOR STATEMENTS** |
| GLENN GUILLORY and THOMAS JOYCE, | Pretrial Conference: January 11, 2017 |
| Defendants. | Trial Date: January 23, 2017 |
| | Court: The Hon. Phyllis J. Hamilton |

The United States hereby supplements its Notice of Coconspirator Statements (Dkt. 166) with the following statements identified in the course of preparation for trial:

1. Supplemental Appendix B (Ledgers), noticing one document:

   a. Exhibit 115, which is a two-page document including a ledger and a handwritten note seized from the offices of coconspirator Michael Marr's company, Community Fund. The ledger, generated by a member of the conspiracy from Community Fund, was used to track payoffs for not bidding owed between Community Fund and coconspirator Thomas Bishop. The handwritten note was written by coconspirator Thomas Bishop in response to receiving the Community Fund ledger to correct and reconcile payments owed from Community Fund. The government anticipates that witness testimony will establish that the ledger and handwritten note were used by coconspirators Michael Marr and Javier Sanchez (an employee of Marr who frequently participated in Contra Costa County rounds and tracked and made payoffs for not bidding) in meetings with members of the conspiracy to settle debts owed from payments to stop bidding at the public auction. The government's Second Notice of Intent to Introduce Evidence Under Federal Rule of Evidence 404(b), filed on December 27, 2016, (Dkt. 221) addressed similar Community Fund Ledgers and their relevance to the conspiracy. Similar Community Fund ledgers were previously noticed as Exhibits 70–74, 250, and 260 in the government's Notice of Coconspirator Statements (Dkt. 166) and Exhibits 94 and 110 in the government's Supplemental Notice of Coconspirator Statements (Dkt. 223).

DATED: January 9, 2017                     Respectfully submitted,


                                           _____/s/_____
                                           Alexis J. Loeb
                                           Trial Attorney
                                           Antitrust Division
                                           U.S. Department of Justice

No. CR 14-00607 PJH
U.S. SUPP. NOT. OF COCONSP. STMTS.     1