**UNITED STATES' MOTION REGARDING COCONSPIRATOR STATEMENTS**
**SUPPLEMENTAL APPENDIX B – PAYMENT LEDGERS BY TRIAL EXHIBIT NUMBER**

| Exhibit # | Identity of the Testifying Witness and/or the Source of the Coconspirator Statement | Statement Describing the Witness and/or the Source of the Coconspirator Statement | A Summary of the Evidence Showing That the Proffering Witness, if a Coconspirator, Knew About and Participated in the Conspiracy | The Specific Coconspirator Statements to be Introduced Via That Witness and/or the Source of the Coconspirator Statement | Summary of Statement | The Identity of the Declarant of Each Specific Coconspirator Statement | A Summary of the Evidence Showing That Each Declarant of the Coconspirator Statement(s) Knew About and Participated in the Conspiracy | Date |
|---|---|---|---|---|---|---|---|---|
| 115 | Thomas Bishop | Thomas Bishop is a real estate investor who purchased foreclosed properties on behalf of The David Spencer Company. | Bishop admitted during interviews with the FBI that he reached agreements to rig bids, participated in rounds, and made and received payoffs involving defendants for rigged properties.  Bishop pleaded guilty to bid-rigging in connection with the real estate foreclosure auctions in Contra Costa County between January 2008 and January 2011. Other witnesses and documents corroborate Bishop's admissions. | Entire document | Typewritten ledgers were used by coconspirator Michael Marr (owner of Community Fund) and Community Fund's employees to track payments owed for rounds, including payments owed to or from Bishop.

Bishop gave a handwritten note to Javier Sanchez, who worked for Michael Marr, regarding payments for rounds referenced on the ledger. | Thomas Bishop (all handwritten notations)

Unidentified coconspirator from Community Fund (typed portions) | Thomas Bishop admitted during interviews with the FBI hat he reached agreements to rig bids, participated in rounds, and made and received payoffs pursuant to them in Contra Costa County. Bishop pleaded guilty to bid rigging in connection with real estate foreclosure auctions in Contra Costa County between January 2008 and January 2011. Other witnesses and documents corroborate Bishop's admissions.

Bishop admitted receiving this document from Javier Sanchez, who worked for Michael Marr, the owner and head of Community Fund, LLC.  Marr has been charged with bid-rigging in Contra Costa County between July 2008 and January 2011. Numerous cooperating defendants have stated that Marr directed his employees, including Wesley Barta and Javier Sanchez, to participate in rounds.

Witnesses, including Bishop, have also indicated that Marr | September 2009 through November 2009 |

**UNITED STATES' MOTION REGARDING COCONSPIRATOR STATEMENTS**
**SUPPLEMENTAL APPENDIX B – PAYMENT LEDGERS BY TRIAL EXHIBIT NUMBER**

| Exhibit # | Identity of the Testifying Witness and/or the Source of the Coconspirator Statement | Statement Describing the Witness and/or the Source of the Coconspirator Statement | A Summary of the Evidence Showing That the Proffering Witness, if a Coconspirator, Knew About and Participated in the Conspiracy | The Specific Coconspirator Statements to be Introduced Via That Witness and/or the Source of the Coconspirator Statement | Summary of Statement | The Identity of the Declarant of Each Specific Coconspirator Statement | A Summary of the Evidence Showing That Each Declarant of the Coconspirator Statement(s) Knew About and Participated in the Conspiracy | Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | and his employees reached agreements not to compete with competitors and met with coconspirators to make and receive payoffs for rounds. Documents, including ledgers found in Marr's office, corroborate the witnesses.<br><br>Javier Sanchez has been charged with bid-rigging in Contra Costa County between July 2008 and January 2011. Numerous witnesses have said that Sanchez, who worked for coconspirator Michael Marr, rigged bids at public auctions in Contra Costa County, was involved in rounds in Contra Costa County, and negotiated payoffs on behalf of defendant Marr's organization. Documents, including round sheets authored by Sanchez and Sanchez's colleague Wesley Barta, corroborate the witnesses. | |

2