# Exhibit 115


## To Supplemental Appendix B

9/23    Carla Ct, Antioch
        $1,838 (Did not get insurance
                from Marr)

10/30   Chelsea, Herc
        $1847
        _____
        $3,685 to Tom

less _____ From Murphy Dr

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CR-14-00607 PJH
Government Exhibit #:     115
Date Admitted: _____
By: _____ (Deputy Clerk)

NDRE-MM1-18-047838

11/23/09

We are Owed

Tom Biship $1366 1916 Murphy Dr. San Pablo 10-27-09 $188,0
Tom Bishop $623=$1247/2 to marr for insurance 1819 Venice Dr Concord 9/23/09
$220,1          I was insured by George P


I Owe

Rudy/Tom Bishop $1847 1206 Chelsea Hercules 10-30-09 $89,2
Rudy/Tom Bishop $1712 4007 Carla Ct. Antioch 9-23-09 $103,3
        Dropped @ 15,800 . I have ≈ 1838

NDRE-MM1-18-047841