United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROBERT KRAMER,
Defendant.

Case No. 11-cr-00423-PJH-1

**ORDER RE: SENTENCING HEARINGS**

THIS DOCUMENT RELATES TO:
CR-11-424 PJH
United States v. Brian McKinzie
CR-11-425 PJH
United States v. David Margen
CR-11-427 PJH
United States v. Jaime Wong
CR-11-428 PJH
United States v. Jorge Wong
CR-11-429 PJH
United States v. Thomas Legault
CR-11-431 PJH
United States v. Douglas Moore
CR-11-432 PJH
United States v. Grant Alvernaz
CR-11-722 PJH
United States v. Timothy Powers
CR-11-723 PJH
United States v. Eric Larsen
CR-12-82 PJH
United States v. Hilton Wong
CR-12-83 PJH
United States v. Dominic Leung
CR-12-447 PJH
United States v. Keith Slipper
CR-12-448 PJH
United States v. Douglas Ditmer
CR-12-611 PJH
United States v. Danli Liu
CR-13-143 PJH
United States v. Michael Renquist
CR-13-144 PJH
Unite States v. Peter McDonough

United States District Court
Northern District of California

CR-13-412 PJH
United States v. Stan Kahan
CR-13-413 PJH
United States v. Wesley Barta
CR-13-414 PJH
United States v. Irma Galvez
CR-13-415 PJH
United States v. Joseph Vesce
CR-13-730 PJH
United States v. Chuokee Bo
CR-14-001 PJH
United States v. Thomas Bishop
CR-14-002 PJH
United States v. Rudolph Silva
CR-14-003 PJH
United States v. Leslie Gee
CR-14-099 PJH
United States v. Charles Gonzalez
CR-14-581-1 PJH
United States v. John Shiells
CR-14-581-2 PJH
United States v. Miguel De Sanz
CR-14-593 PJH
United States v. Chung Li Cheng
CR-14-594 PJH
United States v. Su Chu Chou Cheng
CR-14-604 PJH
United States v. Garry Wan
CR-14-607 PJH
United States v. Charles Rock
CR-15-245 PJH
United States v. Wayne Lippman

It is time to set these matters for sentencing. Two trials in related cases have been concluded to verdict and three more are pending: *Guillory*, CR 14-607 PJH, set for April 10, 2017, *Marr et al*, CR 14-580 PJH, set for May 15, 2017, and *Yeganeh*, CR 15-339 PJH, set for August 21, 2017. Thus far only seven sentencing hearings have been scheduled for defendants who have entered guilty pleas. To assist the court and defendants in selecting reasonable dates, the government shall identify which of the above-captioned defendants will be called as witnesses at each of the three remaining trials and the court will schedule the sentencing hearings for those defendants who will not be called to testify first. Having presided over two of these trials, the court is aware that the government's witness list tends to be over-inclusive, however, in making the

United States District Court
Northern District of California

ordered disclosures, the government shall proceed in good faith and may not submit witness lists that encompass all of the above-named defendants because there is no reasonable likelihood that it will call all of them as trial witnesses. The early witness lists shall be filed in each of the three cases set for trial no later than **March 1, 2017**. The parties in the above-captioned cases shall thereafter meet and confer and may submit a stipulation by **March 15, 2017**, as to the order in which probation referrals should be made and suggested dates for sentencing hearings. In the absence of a stipulation, the court will commence referring the above-named defendants for presentence investigations on a rolling basis starting with the oldest case and the sentencing dates will be determined by the amount of time needed by the probation department to conduct the investigations. The court will not wait until the conclusion of the three trials to commence this process, nor will the court wait to sentence the above-named defendants until after the sentencing of the defendants going to trial.

**IT IS SO ORDERED.**

Dated: February 17, 2017

PHYLLIS J. HAMILTON
United States District Judge