The Honorable Phyllis J. Hamiliton
United States District Court Judge
Northern District of California
1301 Clay Street, 3rd Floor
Oakland, California 94612

My name is Joshua Almaraz and I am a cousin to Michael Galloway. I have a degree in Interpersonal Communication earned through California State University, Fresno. Currently, I am an acting branch manager for Enterprise Rent-A-Car in Oakhurst California. I have been with this company for three years this year and have had great success in this company financially and helped multiple employees get promoted. I am a youth volunteer with my church of 10 years, Valley Christian Center. I have taught numerous generations of children to have a desire for God that I install into my young family. I have been married for five years, with a son will be three and a daughter who is going to turn one this year.

Speaking as a father of a young family, I know short periods of time away are difficult. As a father, I understand the detrimental effects this will have on Michaels' children. His kids will be the ones who can potentially experience short and long term trauma caused by a lengthy incarceration. I can understand how his actions can be seen as wrong according to the law; however I hope financial compensation for his actions will be the only loss his family will suffer this year. Since Michael is the sole provider for his family I know a decrease in funds would impact their lives greatly and the law will be greatly understood moving forward.

In short, if incarceration is the only option as a consequence for his actions, then please show mercy on my cousin, Michael, by giving him a shortened sentence. Please, if there is any financial compensation that can be provided in lieu of a punishment of time ruling, then please let that be the outcome. I know he has remorse for his actions and I can confidently state, without doubt, that knowledge of this offence has changed him to become a better father, husband, son, and an overall better person. Please have mercy on my cousin Michael Galloway.

Thank You for your time.

Sincerely,

Joshua Thomas Almaraz

Gloria Augustino
2905 Garfield Place
Antioch CA 94509

December 22, 2016

Honorable Judge Hamilton
US District Court
Oakland, CA

Re: Michael Galloway
2420 Sand Creek Way #169
Brentwood, CA 94513

After 14 years serving as Parish Bookkeeper for Holy Rosary Church in Antioch, I've been retired almost 3 years. I met Michael as a parishioner and parent of children at Holy Rosary School. He was an active member of the church and served on its finance committee for a year (+/-). His attendance at monthly meetings brought ideas on how the church could cut costs and manage the budget better. He also introduced the pastor, Fr. Roberto Corral, to a parish-building retreat that resulted in 5 members making a trip to Boise, ID. Our parish has since conducted about 7 retreats based on the format from that church in Boise. I also had several opportunities to be around his children and found them to be respectful, and a joy to carry on conversation with them...a reflection of Michael's parenting skills and love for his boys.

While I didn't know the details of what occurred, I knew Michael was in trouble because he'd asked me to pray for him in his business dealings. I wondered what the problem was, because I found it difficult to believe that he would cheat anyone in buying or selling property. He was always very generous of his time, talent and treasure with Holy Rosary Church and was well-liked by the Dominican priests, church staff, and parishioners. He spent many hours with me reviewing church finances and learning the history of the parish in order to make sound recommendations to the pastor.

I'm certain that in the time since this violation of the Antitrust- Sherman Act, Michael has spent long hours agonizing over his actions and praying for forgiveness and mercy. He has expressed his embarrassment and remorse for his illegal bidding and hopes to make restitution and put this behind him.

As a life-long Catholic, I believe that our God is a God of mercy and forgiveness. I ask that Your Honor, Judge Hamilton, find in favor of Michael, and render a fair judgment that will relieve Michael of the heavy heart he's had for so long over this situation.

Respectfully,

Gloria Augustino

Dear Honorable Judge Hamilton,

My name is Gregory Bellusa and I am a police sergeant with the City of Oakland. I have been with the department for the past 18 years, and feel that I am a good if not great judge of character. I have known Michael Galloway since Kindergarten. We both attended St. Perpetua School in Lafayette, CA and we both went on to De La Salle High School together in Concord, CA. He has always had a big heart and is someone that I could always count on to do the right thing, and to be there for me whenever I needed him.

During High School, Michael and I both worked at his grandparents flower shop. Michael would work long hours, and dedicated his time to helping his grandparent's business grow. He was very good at making flower arrangements and was a hard worker and a team player, who would go out of his way to help others at the business. His passion for business was clear. Michael was someone who cared about others and he was a natural for closing deals. Michael went on to work in various areas of home finance and real estate throughout the years and his passion and talent for rebuilding and design have beautified our community.

Now, our kids all attend St. Perpetua School together and our two families are still very close. I see the charitable work Michael and his wife Jamie, do. He and his wife are very active in the community and are a very generous family. Michael is a great and very involved father who enjoys raising his young boys, playing sports with them, coaching them, and even volunteering at their school. He was raised with strong values and religious beliefs and is modeling these qualities and their importance to his children.

While Michael is an amazing father, husband, son and friend to so many, he like the rest of us, he is not without mistakes. I do have to say that the mistakes that have help to put him before you are largely out of character for Michael and something that is against his very core of values and upbringing. I ask that you please use discretion and leniency in your decision-making regarding Michael, as he is truly an upstanding and productive member of our society.

Very Respectfully,

Gregory Bellusa
(925) 998-9080
455 7th St
Oakland CA 94607

December 20, 2016

To: Honorable Judge Hamilton

From Jonathan Bellusa

Re: Michael Galloway

---

Honorable Judge Hamilton,

I am writing you addressing Michael Galloway and my personal perception of him and his life choices.

I met Michael in the 1980's in elementary school at St. Perpetua Catholic School in Lafayette, CA. Michael was in my brother's class and I was a couple years ahead. I have watched Michael grow up from elementary school and throughout High School at De La Salle in Concord Ca.

Michael has always been someone to excel and over achieve. He was always involved in his family, sports and the church. I know after high school, Michael traveled abroad with a group similar to the Peace Corps. He volunteered a couple years of his life helping others that he did not know. He has always been and remains to be a good person who has made mistakes in his life.

The mistakes Michael made, that brought the courts attention on him, is out of character of who he really is. I am not condoning what he has done but if I try and make sense on why he is in this situation, I can only imagine that he was "sucked" in by a practice that has not had much attention in the bay area on its ramifications. In saying this, I do realize he has moral responsibilities but I can imagine him getting caught up in the moment. I can see him maybe being influenced by others which might be a factor that drew him into this situation. He might have been too far along to realize what he was doing. I am not familiar with the facts of the case and what evidence is for or against Michael, but I believe in Michael and I know he is remorseful. He has a beautiful family which includes a wife and two young boys. He is involved in everything his family does including their school or extra-curricular activities.

I have seen him interact with his neighbors and friends and he is very loyal and respected. I vouch for Michael and although I might have some bias towards Michael because of how long I have known him and because I know who Michael is, but I can honestly say that he is remorseful about his actions. I am confident that he has already changed his life and how he conducts himself for the future. In my view, Michael is deserving on some relief from the courts.

I appreciate your consideration on the opinion I have of Michael and I hope I gave you some information that may help Michael's situation. I am recently retired from the City of Oakland as a Sergeant of Police. I was a Watch Commander and also the Interim Chief of Police for the Oakland School Police. My brother is currently a Sergeant with the City of Oakland and my father is retired from the City of Oakland as a Sergeant and from the Alameda County District Attorney's Office as an Investigator. I would not write this letter if I didn't feel the way I do about Michael.

Again, thank you for your time and consideration to this matter,

Jonathan Bellusa

925-699-8961

3462 Moraga Blvd

Lafayette, Ca. 94549

December 20, 2016

The Honorable Judge Hamilton

Re: John Michael Galloway

Your Honor:

I became acquainted with Mr. Galloway in 2011, when he became a client of my wife's bookkeeping/accounting business.

During these years I became well acquainted with Michael and his business of acquiring distressed properties and refurbishing them to a state of attractive habitability. As a Real Estate Broker and Mortgage Broker myself, I regard this business as a vital function in restoring the housing market following the market crash. His actions made it possible for those who lost their homes in the crash to reenter the market later, either as homeowners or tenants.

Over the years I have viewed many of the homes that Michael purchased and remodeled and can testify to the skill of his visions of how to design and execute the process of turning an uninhabitable dwelling into a desirable home.

In addition to his capabilities, I have come to know him as a honest and ethical person with a lovely family, to which he is devoted. The charges that were made against his actions, to which he has pled guilty, came as a shocking surprise to me, and to others who know Michael. In my heart I believe that this must have been a momentary one-time lapse in judgement that was precipitated by the frantic volume of lender foreclosures that flooded the market at the time.

I therefore request that Your Honor consider my information about Michael in your decisions and I appeal to you for leniency in reaching a sentence that reflects the circumstances and the contributions that he has made to many through his actions.

Respectively yours,

Vincent Cherene
758 Sequoia Woods Pl
Concord, CA 94518

December 19, 2016

RE: John Michael Galloway

The Honorable Judge Hamilton,

I had the pleasure of working with John Michael Galloway from November, 2014 until June, 2015 as his Administrative Assistant/Operations Manager. I was new to the area and Michael and his beautiful wife and family were very benevolent and loving to me.

When I worked with Michael I was impressed with his unpretentious desire to help people in all facets of their lives. He wasn't just my boss or superior, but he became my friend in the process. When we congregated for meetings at work, I was astounded at his love for his employees and concern for all people. Michael's business meetings always included how best he could impact those around him and many were richer in knowledge because of his liberality. It was very palpable that his focus in life was to help those in need. One example of that was his charity towards struggling single parents who needed a place to live. I can think of countless tenants who didn't have enough money to pay their rent, and he would always work out ways for them to be able to pay, even if their payments were late.

Michael was a pillar of this community and I was dismayed that he and his family moved out of the area. The world would be a better place if there were more people like him. His conviction and selfless acts that I observed will always be etched on my heart.

Sincerely,

Jill L. Cutts

Jill L. Cutts
1340 Panwood Court
Brentwood, CA 94513
(217) 778-3183

December 23, 2016

Dear Judge Hamilton,

I am the office manager at Most Holy Rosary Catholic church in Antioch, California. I have been employed here for ten years. I am writing today to express my sincere support for Mr. Michael Galloway. I met Mr. Galloway one day when he appeared at our office with a bag of food from a local restaurant for the staff. It was the first time any of us met. He simply showed up at the rectory office to introduce himself as a new parishioner and school parent. I remember he said, "I know you won't forget me if I show up with food!". He was correct, however, it wasn't just the lunch that made this young man stand out in our faith community.

From the moment that Michael Galloway became a registered parishioner at Holy Rosary he was involved in every ministry and/or committee that needed help. He became one of the key members of our Finance Council and attended meetings regularly. He was chosen as one of the five people out of nearly 10,000 parishioners to fly to Boise, Idaho to attend a retreat for our parish. After which, he initiated the training for our staff so that we could host this retreat at our parish to bring people closer to God. And, because he invited the Boise retreat team to come out to Antioch for four days we were able to implement the same method at our parish. We have hosted, as of October, seven very successful retreats at our parish. Michael is now responsible for bringing approximately 300 people back to church! He even served as the co-leader of the first three retreats. Many people returned as team members because of his loving and charismatic personality that made people feel as though they truly mattered. He has that gift. He is a necessary presence in the community.

When my son graduated from college and was considering a career in real estate, Michael took time from his busy schedule to talk with him, at length, about the dedication, hard work, and patience it takes to be successful. My son still talks about their meeting and how gracious and respectful he was treated during their time together. He considers Michael a friend even after spending a short time with him. He is a mentor.

Now, I understand the charges against him. I know this man and I clearly know the remorse and embarrassment he has expressed over this. In the past several months he has been in agony over this. I know he is truly sorry. I am confident this would never happen again. As a staff member at a large Catholic parish, I've met many people and personalities over the years. I feel that I have a very good grasp on whether or not someone is of good character. I'm certain *you* are very good at this. I can tell you, with no doubt in my mind, that Michael Galloway is a good man. He is a good husband, father, and friend. He serves his family, his community, and God. His faith in God is strong and unfailing. He is the first person to reach out to others in need. I believe that he deserves mercy. Please reflect on my words when you make your final decision on his future. Thank you for your consideration.

Sincerely and Respectfully,

**Mrs. Barbara L. Daniels**
Office Manager
Most Holy Rosary Church
(925) 584-9017 (925) 757-4020

The Honorable Phyllis J. Hamilton

United States District Court Judge

Northern District of California

1301 Clay Street, 3rd Floor

Oakland, California 94612

Dear Your Honor,

My name is Cynthia Diaz. I am the mother of John Michael Galloway. Michael is my first born child and has a twin sister as well as 2 younger brothers and a younger sister. As a child he was quiet and reserved, some might say shy. His father left when he was 7 years old. That was something Michael took very hard. Education was my priority for my kids. As a single parent, I kept them involved in school, sports, and scouts. While his twin was a girl scout, Michael and I would go fishing for that hour every week. He never caught a fish, yet never gave up, and always wanted to go and try again the next week. He loved to do magic tricks then and now. He loved to keep everyone guessing with smiles on their faces. Their grandparent's house is where they spent free time while I was working. Michael always worked hard to get good grades in school. He worked from the moment he was able to get a work permit and he was a saver. He saved to buy his own first car and continued in that fashion to put himself through college. I was so proud of his accomplishments which he never took for granted. He didn't stop going to college with just the classes needed for a single degree. He continued until he completed the classes he would take that made him feel fulfilled and ended up with 2 degrees.

Michael is an entrepreneur, a self-made business man. In his life nothing brings him more joy than being a hands-on father. He coaches his boys in sports and scouts. He builds them pinewood derby cars, which he also did for his younger brothers while they were growing up. He is always teaching them hands-on and being a good example.

There are always going to be life experiences we don't want for our children. These charges are one of those situations. It has greatly affected him and all of his family. He is a brother that all of his siblings have and continue to look up to. Finding out about these charges was devastating and confusing. My son has never been the kind of person I could even imagine committing a crime. As I came to understand the situation better, I realized my son made a terrible decision. We have talked many times about how sorry he is and how embarrassed he is over this decision. My son has never expressed this

much regret over any decision in his life before. His decision has impacted every single person in our family. I know he grieves over causing his family this pain.

Going forward, Michael has shown how deeply it has affected his core being. He has taken this opportunity to examine himself and I have seen changes in him. He has developed a strong relationship with God. He regularly attends church and has attended retreats and volunteered to serve others in the same capacity. He has reach out to the community in hopes of inspiring others in faith and work. He holds seminars to teach others to grow their businesses correctly, ethically and legally.

My son is a man that you or anyone would be proud to have for their own son. I'm asking for your mercy in this matter. I also beg for your leniency on behalf of my grandsons Tyler and Jackson Galloway. These sweet boys would be absolutely devastated to be kept away from their father as would I. He made a bad decision but he is not a bad person. I would hope there is a way he can avoid going to jail so that he can continue to serve in his community and family as the wonderful man he has become.

Sincerely,

Cynthia Diaz

Judge Phyllis J. Hamilton, United States Court Judge

Dear Judge Hamilton

My name is Gabriella Diaz and I am the youngest sister of my brother Michael Galloway. Recently I started a program at Carrington College for dental assisting and I work in retail at Banana Republic.

There is almost a seventeen year age gap between the two of us. Growing up Michael was a man I came to respect and admire. One of the traits I love most about him is his passion for life. My brother has this aura that makes people gravitate towards him. His boyish sense of humor and goofiness can have you laughing for hours. His genuine charm, honesty and trustworthiness make him a well-respected man. It wasn't until closer to my adult years that I felt a special bond with Michael. It may have been due to the age difference however, he has still been there for me my entire life. Whatever or whenever I may have needed something Michael was there. He would give a stranger the shirt off his back he is that good of a person. He is a family man and most certainly tries to live his life faithfully to God. My brother is a practicing Catholic who attends church regularly and has even taught Catechism classes enabling younger kids to discover their own relationship with God.

Michael has this drive to succeed and is intelligent beyond words. He is a self-taught, self-made, accomplished businessman, son, husband and most importantly father. My nephews Tyler and Jackson are truly amazing boys. They have been raised by a father who plays a vital role in their everyday lives: getting to school, doing homework together, tucking them in bed at night, playing sports on the weekends. My brother is there for them through all of it.

Day in and day out my brother Michael teaches my nephews what it means to be a good person, to have faith in the Lord, to better this world while we have been given the opportunity and to love one another. Lessons like these are not taught in a day, they are learned overtime. How is it then that a person so imperative in these boys' lives—their father—could be taken away from them for an extended period of time? What justice does that serve? I plead you for leniency on my brother. Please think of his children—they deserve to be with their father.

I know that my brother made a mistake and violated a law. For that reason a punishment is justified by law, however the punishment does not fit the crime in this case. As a loving husband, nurturing father and faithful servant to the Lord, the true embarrassment and shame Michael has been put through is sufficient. He is one of the best people I know and not because he is my brother. He accepts full responsibility for the violation he has committed but jail would not be beneficial to anyone is this case. I beg you to show mercy for my brother. I love him and life would not be the same without him.

Thank You,
Gabriella Diaz

The Honorable Phyllis J. Hamilton
United States District Court Judge
Northern District of California
1301 Clay St., 3rd Floor
Oakland, Ca. 94612

Dear Honorable Judge Hamilton

My name is Manuel Diaz, Jr and I am Michael Galloway's step-father.
I am a retired law enforcement officer having worked with the California Department of Alcoholic Beverage Control for 28 years. I was employed with the ABC as an Investigator, manager and Assistant Director. It was my job to enforce all laws pertaining to business locations that sold and served alcoholic beverages to the public. We had full peace officers powers to make arrests, serve warrants and conduct undercover investigations. I currently work as a business consultant. I am also involved with St. Rose Catholic Church in Roseville in a few ministries. I also am the Grand Knight of the Knights of Columbus a fraternal non-profit organization of catholic men.

I first met Michael when he was 9 years old and when his mother and I married he became part of my family and was my son period. Michael was a very quite and deep thinker and practical boy growing up. He was an easy son to raise because he never got into trouble at school or with his friends. Michael never took drugs, drank alcohol or ever talked back too his parents as a teenager. He was mischievous as most boys are but never a problem in our family. Michael was a straight 'A' student in school, played football for the best high school football team in the country, De La Salle High School in Concord, Ca. and was an honors student. Michael went on too college and received a Bachelors of Arts degree from California State University East Bay in Hayward, Ca. Michael has worked as a stockbroker, real estate agent and went into business for himself as a real estate investor.

Michael has always been successful at whatever he does because of his hard work, drive, focus and passion to succeed in life. He is the most driven and

focused young man that I know. Michael is a cradle catholic and was educated in private catholic schools. In the past few years in trying to understand the reason he is in this predicament he has become more involved in the catholic church. Michael in 2014 attended a mens retreat(ACTS) with me for three days with other catholic men. It was a time to pray, meditate, bond and strengthen our faith. It was a great experience for both of us and more so for me because my son, Michael was along for the journey. Since coming back from the retreat, Michael has been more involved with the church, parish and community. He has displayed a servants heart and a desire to help his fellow man.

God is number one in Michaels life but his passion and love are his wife, Jamie and sons, Tyler and Jackson. Michael is a great husband and great father. Michael and Jamie as a team are excellent parents and are a giving couple. Jamie and the boys will be heartbroken if Michael is taken away from them. It will be devastating to all his family, friends and especially his parents.

I know in my heart that my son, Michael is remorseful and sorry for his actions. He has quietly suffered for the past 6 years and will pay for rhis transgression for many more years. I believe that if Michael knew this type of conduct was against the law he never would have done it.

Your Honor, I ask for mercy and leniency for my son. This conduct is not who my son is and I ask for Jamie and my grandsons that Michael not be incarcerated but given probation and fined instead.

Thank you for giving me this opportunity to tell you about my son, Michael.

Manuel Diaz, Jr.

February 10, 2017

The Honorable Phyllis J. Hamilton
United States District Court Judge
Northern District of California
1301 Clay Street, 3rd Floor
Oakland, CA 94612

Dear Honorable Phyllis J. Hamilton,

My name is Teresa Diaz and I am Michael's aunt. I am the Administrative Assistant to the Director of Special Education for Tulare Joint Union High School District. I have been working in the education system for the past twenty-five years. My husband and I have both served in our local church in various areas, such as, helping the youth, children's ministry, prayer partners, and leading bible study groups.

I have known Michael since he was a very young boy and I have seen him grow up to be a successful businessperson and entrepreneur. He has a beautiful family and loving parents who have supported him and loved him through-out his entire life. I know that Michael is remorseful for his business decisions regarding "bid rigging" and is willing to correct his mistakes by paying restitution.

I humbly ask the court for leniency and that no jail time be imposed. Thank you.

Sincerely,

Teresa Diaz

Teresa Diaz

Jamie Galloway
786 Los Palos Manor
Lafayette, CA 94549
(510) 566-2861
Jamiegalloway@comcast.net

December 20, 2016

Dear Honorable Chief Judge Hamilton,

My name is Jamie Galloway. I am Michael's wife. Your honor, it is my privilege to tell you about the man that I know better than anyone else. Michael and I have known each other for twelve years and have been married for over nine. I grew up in a stable home in Castro Valley. I am a registered nurse and have worked for Kaiser Permanente-Hayward in Labor and Delivery and Post-Partum, and Alameda County Social Services- Child Protective Services at the Assessment Center. Since having our two boys, Tyler (9) and Jackson(7), I have been a stay-at-home mom.

Upon meeting Michael I knew that he was a very special person and that we shared life values. He is good to his core. He is a hard-working, driven man and tries to do good in the world. When Michael began going to the court house auctions he was just beginning to work on home rehabilitations. I was home with our first son who was an infant. This was a scary time for us both. This was a new world for Michael and it always felt like such a risk. All of our money was going into these projects and there were times that there was no money in the bank for groceries. I remember our conversations so well every day after Michael came home. He was the young guy coming into a well established group of long-time bidders. I know that what was happening at the auctions as far as the secondary auctions was happening long before Michael began attending the auctions. I remember him telling me that this was just how it was done. Neither of us knew at the time that it was a violation of the law. I do not believe that he knowingly made the choice to act illegally. It seemed like this activity was done rather openly and that even the auctioneer was involved so we had no reason to question what seemed like a rational activity that would occur when the same group of people regularly attend any kind of auction. Of course, we know that ignorance of the law is not a defense, but I do want Your Honor to know that this was not a case of a plotting and scheming on Michael's part.

Over the last six years, beginning with the FBI showing up at our door in the early morning, to the attorney meetings and court dates, I have been through it all with Michael. He has tortured himself over his wrong-doing and is embarrassed by it. He admits to his fault and he apologizes to me regularly for the stress, fear and uncertainty that he has brought into our family. I see him physically and mentally experiencing anxiety, high blood pressure, sleepless nights and depression over his crime as well as the fear of being away from our family. I go through the same but try to remain strong for Michael and our boys. Michael's father did not spend much time with him before or after his parent's divorce and Michael's father never showed emotions with him or his sister. Somehow out of that, he has become the best dad. He spends more time and is more active with our boys than any dad that I know. He is a part of their daily routine, morning and night and is involved in every school activity and sport that

they participate in. The hardest part of all of this for me is thinking about how our boys will hurt if their dad is not around.

I have seen Michael grow over the years, and with this experience I have seen him learn to be slow and cautious in business, to take the clear and clean path and to avoid grey areas. Real estate, in particular, seems to be full of not only grey areas but also people who are willing to be very self serving. I often watch Michael go against business partners who want to pay home owners less, pay contractors less, to continuously haggle prices and argue bills. Michael is the person to be fare to everyone. He will make the decision to make less money in order to help a person in need. He is kind and respectful to all. Everyone who I have ever met who has worked with Michael genuinely likes him and wants to continue to work with him for that very reason. We have many close relationships with people that he works with and we care about them and their families. I know that he helps to create so much work and business for many families. We have, in the past, provided a home for Michael's twin sister and her four children to live in, and have had Michael's two brothers both live with us at different times while they work and save money. Michael's brother Nicholas, who is also involved in this case, has been living with us again for the last six months. Michael has provided financially for his mom in times of need and he is the sole source of income for my parents. My father is a retired general contractor. He worked with his father since he was very young and has many physical ailments. My mother lost her job with Bank of America after 18 years. Four years ago, without any income, they came to live with us and Michael became the bread winner for not only our family of four but now my parents as well. Michael paid for all of my parents living expenses, and continues to pay for their vehicle. My parents sold their house in Castro Valley, and with that small amount of money, their entire life's savings, they invest in Michael's projects and he pays them a generous interest which provides their only income. They recently began living in their travel trailer at my grandma's house to help her, and they are able to afford all of their needs. They come stay with us for a few weeks at a time. Michael has other friends and family who supplement their income by investing in his properties as well.

Michael has faithfully provided for our family and has allowed me my dream to be home with our children. I am able to be an active member of the school's Parent Association, to lead school fundraisers, to volunteer in the classrooms and on field trips, and to be home to do homework with our children and to cook dinner for our family. Michael makes all of this possible in addition to his own time and talents that he contributes to our church, school and community youth activities.

For six years, this case has controlled, changed and delayed our life plans for our family because of the looming unknown. We have spent hundreds of thousands of dollars on attorney fees. We never felt like we had any other choice, as the only other plea offer presented to Michael during this time was for him to serve 3-6 years in prison and pay a 3 million dollar fine. All of which was unfathomable to us. We know that we are facing a large fine and restitution, as well as time served in detention. We are also facing the fear of Michael losing his Broker's License and, therefore, our future livelihood This may not be appropriate for me to write about in this letter, but it is all very life altering, overwhelming and real to me.

Michael is an amazing husband, father and person and I love him with all of my heart. I pray to God for His will to be done for our family and I trust in Him. Your honor, I write this to implore you to keep Michael with us and to let him repay society through other means that you might see fit. There is no benefit to this world for Michael to be in prison, but there would be significant loss, not only to our family, but to the community and to many others as well. My sincerest appreciation to you for this opportunity.

Jamie Galloway

Jamie Galloway

The Honorable Phyllis J. Hamilton
United States District Court Judge
Northern District of California
1301 Clay St., 3rd Floor
Oakland, Ca. 94612

Dear Honorable Judge Hamilton

My name is Fr. Joel Genabia, Pastor of St. Rose of Lima Catholic Church in Roseville, Ca. I have been the Pastor for over five(5) years here at St. Rose Church.

I first met Michael Galloway at the ACTS retreat in February 2014. I know Michael comes from a strong catholic family, Manny and Cindy Diaz that is heavily involved and active in our parish. The ACTS retreat is a retreat for men and woman wanting a stronger personal relationship with God. The ACTS retreat is a time of prayer, meditation and spiritual bonding. It is a tremendous experience that brings you closer to God and the men who attend the retreat.

I got to know Michael at the retreat and found him to be a young caring man, a family man and a man looking for spiritual growth and seeking a closer relationship with God. Michael has been raised a catholic and wants to strengthen his faith in God. I found Michael to be honest and sincere about his mistakes in life. Michael is willing to take responsibility and accountability for those transgressions. Michael has a strong faith in God and believes he has a path that will lead to everlasting life.

I understand Michael is charged with violating a federal law and will plead to the charge and accept responsibility for his conduct. Your Honor, I understand you must decide the penalty for these transgressions as the Judge of the Court. However, I would ask for mercy and lenience for Michael. Michael has been raised to do the right thing and this violation is totally uncharacteristic of who he is and what he believes in. This is an aberration

and I would ask you take into consideration Michaels history as a family man, a good catholic man and a responsible man of his community.
I would ask that you spare Michael from incarceration and you give him probation with a fine.

Thank you for your consideration in this matter.

Sincerely
Fr. Joel Genabia
St. Rose Catholic Church

KN
CH

KOELLER | NEBEKER | CARLSON | HALUCK LLP

February 7, 2017

The Honorable Phyllis J. Hamilton
United States District Court Judge
Northern District of California
1301 Clay St., 3rd Floor
Oakland, California 94712

Re: *Michael Galloway*
Defendant – United States v Galloway

Dear Judge Hamilton:

I write to you requesting mercy and leniency in your sentencing of Michael Galloway. I have only a basic understanding of the charges against Michael, and do not portend to know whether he is guilty or innocent, but I have some knowledge of the man and his family. I write this letter in that vein.

I have practiced law since 1979. I started my legal career in the United States Air Force where I prosecuted criminal cases and eventually defended them as an area defense counsel. Leaving active duty after almost 13 years, I was selected by the California Air National Guard to manage its legal department. I am proud to say that I retired from service to my country after more than 22 years. I have also, throughout my career, both while on active duty and in my civilian practice, been active in my church. That is where and how I came to meet Michael Galloway.

Michael Galloway is a cradle-Catholic, educated in parochial schools through high school, and has been married for approximately ten years to his wife Jamie. Michael has two sons: Tyler, age 8 and Jackson, age 6. I know that he is a loving father and husband. If Michael is imprisoned, those two young boys will become collateral damage of the criminal justice system, albeit as a result of their father's mistakes.

In 2013, I attended a Catholic retreat with Michael Galloway and I know his step-father and family well. I got an immediate impression from Michael that was well educated and, as a result of his current plight, he had turned back to his God for help and comfort, more fervently than ever before. He has been humbled by the action brought against him and he is contrite for his conduct. I can only say that if Michael truly appreciated at the time that what he was doing was illegal, he would have immediately turned away from it.

Judge Hamilton, I ask that if or when you sentence Michael Galloway for his crimes, that you consider his two young boys and allow them to keep their father at home. Please consider the effect that your sentence will have on them. Their well-being is more important

than any message of deterrence the sentence may provide to others, and, Michael Galloway has certainly paid the price and learned the lesson of a lifetime already.

I thank you for considering this letter.

Very truly yours,

John R. Haluck
*john.haluck@knchlaw.com*

[The opinions and facts expressed herein are those of the author alone and the use of the letterhead is not intended to imply that they are the opinions of the KNCH Law Firm or its other partners.]

**Marianne Head**

2344 Cobalt Lane• Brentwood, CA 94513
Phone: 925-642-8184 • E-Mail: Mariannemhead2344@gmail.com

Date: 12/19/2016

The Honorable Judge Hamilton

Dear Judge Hamilton:

I have worked with John Michael Galloway since May 2015 as the office manager for all of his companies. I have been working in the Real Estate industry since 1981 and in all of my years I have never worked for or with a more caring, giving person. During the entire time that I have worked with Michael he has been diligently working on ways to make a positive difference in the lives of the people that surround him. He has a loyal crew of employees that he constantly makes sure are satisfied with the work that they are doing and helps to make necessary changes when needed. He immediately recognizes good work and makes it a point to thank his employees.

Michael has made mistakes that have made him have to look at the things he's done in the past and try to find ways to forgive himself and move forward with better choices for the future. Michael is not a bad person. He strives to help in many different ways from being a scoutmaster for his son's Boy Scout troop, volunteering to help with the mission work with his parish, being a shoulder to lean on when you just need someone to help hold you up. He is a person that you would call in a crisis and know that he'd be there to lend a helping hand immediately.

The things about Michael that I most admire are his strong belief in both family and his faith. Watching the Galloway family together is an inspiration. Michael and Jamie strive to teach their boys Tyler and Jackson that the most important things in life are the precious moments together. They are the type of parents that teach by example. Michael is very active in his boy's lives being there for all of their sporting events, schooling and scouting events. Together Michael and Jamie make sure that their children are exposed to all of their immediate and extended family by having family vacations, spending holidays together or just having Sunday dinners together.

Michael has a strong belief in his faith. Both Michael and Jamie are raising their boy's to learn about their religious faith by having them be involved in both their church and community. I have been raised in the same religious faith and it is wonderful to see the younger generation keeping the teachings alive by exposing their children to the teachings and following in the traditions of the church.

Michael is diligently working on making amends for the mistakes he has made. Taking him away from family and community would not serve to help anyone. Keeping him in his home with his wife and son's and allowing him to continue on the coarse that he is currently on by helping in his community and church would be the best way to have him give back to society.

Sincerely,

Marianne Head

Honorable Judge Hamilton,

My name is Jessica Lawrence. I am a wife, a mother of 4 children and I work as a nurse in a private practice. I am a veteran of the United States Army. I am also the twin sister of John Michael Galloway. I am writing to you today in an effort to give you a view of Michael no one else has. Being twins I have known Michael since before birth. I have spent my entire upbringing with Michael. We were even in the same class every year in school until we graduated from high school. No one has known him longer or has been closer to him. Michael is internally a sensitive person. He spent most of his childhood years hiding his feelings and was very shy. He has grown up to become a charismatic man and a very loving father. Michael is a highly motivated man. He works very hard and always has. Ever since he was a little boy he worked hard and saved his money always with goals and dreams in mind. Michael has learned a lot about building his businesses by following others. Some of those were good examples and others not so much. I know my brother is in a situation where he has broken the law. I know it breaks his heart because it breaks mine too. I know he understands the gravity of his choices because he has been carrying this clearly heavy burden now throughout this process. Michael grew up and really prided himself on becoming a self-made success story. He wanted to give his family and children things we grew up without. He wanted his children to never have to worry about groceries or the car running out of gas on the way to school. He worked hard so life might be a little easier on them, and wasn't ever the one who took the easy way out. He was always willing to put in the work. Now he faces his children having to experience time without their dad which is the single most important thing he ever wanted for them. We grew up largely without our father and Michael strived to be the best dad he could. We had a wonderful step-dad but it was never the same and Michael wanted nothing more than to be his kid's dad every day no matter what. The most important thing to him is to physically be there with them. He has taught his sons values like integrity and honesty. He has shown them what hard work can do. He has been a great example to my kids as well and is an amazing uncle. Michael has struggled with the ramifications of his choices leading him to your courtroom for a long time now. Despite his struggle and shame, he has fought hard to pay it forward and learn from his errors. He has developed a greater understanding of himself, his relationship with God, and his business relationship with his family. He has fought to be an even better example not only to his sons but to every member of his community he comes into contact with. He has continued to work hard within the confines of the law and has sought a much greater understanding of those laws. My brother is not perfect. He has his faults like we all do. However I can tell you that I have seen so much change in him over the last few years. He has become more selfless. He gives more generously of his time and of his resources. He helps others without being asked, he reaches out and makes himself available to those struggling in life as a friend and a mentor. I am so proud of his personal growth. He has learned so much of what is truly valuable in this life. He has learned to focus on positivity, love, family, friendships, integrity, and trust. He has strengthened his faith in a way I never thought I'd see. He is truly benefitting those around him. He has become very involved in church, his kids school, and his family. I would like this opportunity to not only request that you consider leniency in his sentence, but that you might consider the better use of his time and resources as restitution in continuing to be more involved in his community rather than removed from it. Michael has a brilliant mind and using it for the betterment of others seems like a good way to remedy a situation where the law has been broken in this way. I know

my brother. I know he may never quite get past his shame in this. I know the embarrassment may linger and he may punish himself internally more than we might like. In the end he is a really wonderful person who has learned some powerful lessons from this. I know he is deeply sorry for his choices. He is better for it in many ways. It has opened his eyes to the world around him and how much value his involvement has in that world. I would like to see him continue on that path toward inspiring others and building his community. I hope he has the opportunity and that his sentence in this case leads him further down that path of serving others.

Jessica Lawrence

Helen Lu
758 Sequoia Woods Pl.
Concord, CA 94518
925-408-6630

December 19, 2016

The Honorable Judge Hamilton

Subject: J. Michael Galloway

Your Honor,

I met Michael Galloway in 2011. He hired me as a professional bookkeeper to do the accounting work in QuickBooks for his Galloway Properties LLC. After years of knowing Michael, we have also developed a friendship.

In business, Michael always pays his bills on time to every vendor he does business with. I really respect that. He is a very early riser and works very hard so he can provide for his family.

Personally, Michael is very kind and generous with his friends. When my mother passed away early this year, I asked him to come over to take a look at my mom's house and give me some advice on what needs to be remodeled. He came and gave me some valuable advices. He would do things like that without any hesitation.

I always think the people who fix up houses to sell are doing a great service to our society. I think most people are not aware of that. I think it's more productive for the society to continue to let a young industrial man like Michael to do what he does best.

Respectfully,

Helen W. Lu

Helen Lu

Lucy E. Mason
3351 Kincheloe Ct
Lafayette, CA 94549

December 20, 2016

Chief District Judge Phyllis J. Hamilton
United States District Court, N.D. CA
1301 Clay St.
Oakland, CA 94612

RE: John Michael Galloway

Dear Judge Hamilton,

I am writing on behalf of John Michael Galloway. Thank you for the opportunity to address your honor on his behalf.

My name is Lucy Mason. I am a retired lawyer, having practiced civil litigation for 22 years in Missouri, Washington D.C. and California. I am also a former Assistant U.S. Attorney for the Western District of Missouri, where I focused on Medicare and Medicaid fraud. To help facilitate cross-border prosecution of Medicare fraud, I had a dual appointment with the Western District of Kansas for a period of time.

I met Michael Galloway almost 2 years ago when our children moved to the same Catholic school in Lafayette. Our families have become quite close in that time period. I have found Michael to be generous of his time and energy to all those around him – the school, friends in need, his children. Michael is frequently volunteering at the school and he has led his boys' Boy Scout troops. I am on the Board of the Parent Association at school, and am in charge of our fund raising efforts this year. When the school is short on something (a parent volunteer, a donation), Michael is always one of the first to raise his hand to help. We have an adopted daughter with some medical issues, and Michael and his wife Jamie helped us this summer when our daughter had reconstructive surgery at Oakland Children's Hospital. They are in contact with us almost daily to check on us and offer their assistance. Michael is a good and generous person.

Almost from the time I met Michael, he let me know about the indictment he was facing. He never tried to hide it, minimize it or make excuses. Instead, he expressed extreme regret and wondered aloud how he could make things right. I truly believe Michael's actions leading to the indictment were out of character for him and not a true reflection of his integrity. As a former prosecutor, it was cases like Michael's that caused me to lose the most sleep: someone good who did something wrong for a dumb reason. I hope the Court will have the benefit of receiving the full picture of who Michael is and

how our community benefits from his presence. I hope such a picture will lead the Court to a lenient sentence because Michael is one of those people who deserves a second chance.

Sincerely,




Lucy E. Mason

From: julie.standre@comcast.net
Subject: Character Letter
Date: Dec 20, 2016, 10:43:17 AM
To: michael@gallowaydevelopment.com

Hi Michael,

Thanks for asking me for this letter. It gives me the opportunity to thank you for all you have done for me personally as well at the Retreat! Miss you and your family and hope that we can see each other soon! You and your family are in my prayers! Merry Christmas! ( in spite of all that is apparently happening in your life currently) Keep me in the loop as to what transpires from all this and be sure to tell Jamie that I am here for her should she need my humble service.

In Christ Jesus,

Julie

To the Honorable Judge Hamilton

Your Honor,

It is with great honor that I am addressing this letter to you regarding the integrity and character of Michael Galloway. I had the distinct pleasure of working with Michael for three years at our parish Most Holy Rosary in Antioch, CA. Michael and I led a team of fellow parishoners to Boise, Idaho to research and bring back this retreat to our parish. He was instrumental in leadership and formation of the team that was formed locally and led this team and the retreat for three sessions that spanned a period of one and one half years. During this time I spent many, many hours with him and became very familiar with his character and personality. The following is a description of my analysis of Michael's character.

Michael always exhibited superlative business acumen and conducted himself with courtesy and grace. His decisions were always discussed with me, his co leader, and were taken with the utmost of care and concern for the outcome. He is generous to a fault, assisting those who could not pay for items necessary for the retreat with monies out of his own pocket. I witnessed Michael listening patiently to any and all criticisms and his willingness to change direction of there were cogent

reasons for doing so. He is both humble and responsible as well as trustworthy. I find him to be a man of deep faith, honesty and integrity that I am privileged to call a friend.

Michael told me of this case some two years ago. I was shocked and dismayed. I can only tell you that the Michael Galloway that I have come to know and love would never break the law. He is definitely a changed man who has expressed remorse and shame for having done wrong and is sick in his heart for placing his family in jeopardy. Justice tempered with mercy for a man who has been changed by his deep sense of faith and has a new understanding of the meaning of life is what I ask of you today.

I am a member of the Dominican Order thus the initials OP behind my name. I pray that you consider the man standing before you today and what I have written on his behalf. Thank you for your time.

Sincerely,

Julie A St. Andre, OP
3913 Pebble Dr.
Antioch CA 94531
(925) 428-4877

From: Mark Taylor matcoinc1@gmail.com
Subject: Letter
Date: Dec 20, 2016, 1:13:01 PM
To: Michael Galloway michael@gallowaydevelopment.com

---

To whom it may concern:

I am writing this today to give you my opinion on the character of John Michael Galloway.

John showed up at my home one day to ask my daughter out on a date.. well that was over at decade ago and he is now my son-in-law and the father to my two grandsons.

What I have witnessed and have personally been a part of is the pleasure of his warmth and genuine kindness that he always shows to everyone that he knows and even to those that he meets for the first time.

He's always the first one to jump in and lend a helping hand when one is needed. He truly cares about his friends and family.

This man would give you the shirt off of his back in the dead of winter and not even bat an eye. (I've often told my daughter and husband, that John is generous to a fault). But, he's always the one that's there, when needed!

John Michael is a loving husband and a wonderful father.

I know that he starts each day with the thought of providing for his family. Then he will spend all of his free time either coaching my grandsons sports teams or he's running them to and from a practice or another game. He also volunteers at their school as one of of their Boy Scouts Leader. (He has the patience of a saint!)

My son in law; John makes a real difference in his friends and families lives and he truly cares about their health and well being. I can without a doubt tell you that my husband and I are very proud to have John Michael as our son-in-law!

In regards to the indictment that he is facing, I truly believe that at the time, that John did not realize that he was doing anything against the law and would never of done it, if he had known it was wrong...and I know this because he would of never of put himself or his family through this. John feels so terrible for the events that have taken place.

I can only hope and pray that you can realize that John meant no harm in his actions and that he is really a good person and I truly believe that he has the deepest of remorse for what has happened.

I hope that you will take all of this into consideration when making your decision on his fate.

Thank you for your time.

Respectfully,

Brenda Taylor

510-566-2859
786 Los Palos Manor
Lafayette CA 94549

December 20, 2016

To the Honorable Judge Hamilton:

I am writing in support of Michael Galloway and ask for your leniency when sentencing him. I am a partner in the San Francisco office of O'Melveny & Myers LLP, and Michael is married to my sister. I have known him for almost fifteen years.
Based on my long relationship with Michael, I have no doubt that circumstances that bring him before you are not a true indication of the type of person he is. I know that this one a one-time error in judgment for which he terribly regretful and will never repeat. Michael has taken responsibility for his mistake and truly wants to make amends for the good of everyone effected.
Michael is a supportive husband to my sister, Jamie, a wonderful father to my two nephews, Tyler (9) and Jackson (7), and a very caring uncle to my two daughters, Abby (3) and Hannah (1). He's been a cub scout leader and baseball coach for his boys and has raised them as part of the Catholic Church. He is a very important and positive influence in their lives, and I worry about how these events will impact their future. I ask that you take them into consideration when making your determination and make it possible for Michael to return to them quickly.
Thank you for your consideration.

Sincerely,
Jennifer Taylor
(510) 566-2861