KELSEY C. LINNETT (CSBN 274547)
ALEXIS J. LOEB (CSBN 269895)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
kelsey.linnett@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLENN GUILLORY,<br><br>Defendant. | CASE NO. CR 4:14-00607 PJH<br><br>**UNITED STATES' AMENDED WITNESS LIST**<br><br>Pretrial Conf.: March 15, 2017<br>Court: Hon. Chief Judge Phyllis J. Hamilton<br>Trial Date: April 10, 2017 |

The United States hereby amends the following list of witnesses it may call in its case in chief:

1. Special Agent Gail Paresa. Agent Paresa is an FBI agent who supervised the search of Community Fund, LLC's office at 1032 East 14th Street, San Leandro, California.

2. Special Agent James Kang. Agent Kang will testify regarding summary charts of trustee and posting company records and FedEx records relating to the sale of properties at the Contra Costa trustee sales. The agent will also introduce DMV records, bank records, and Secretary of State documents.

3. Colleen Irby. Irby is a former employee of California Reconveyance Company, a trustee company.

//

4. Bounlet Louvan. Bounlet Louvan is an employee of Quality Loan Service Corporation, a trustee company.

5. CHS – 00029461. CHS – 00029461 is a real estate investor.

6. Wesley Barta. Barta is a former employee of the real estate firm Community Fund, LLC.

7. Thomas Bishop. Bishop is a real estate investor, formerly working for Spencer David Inc.

8. Douglas Ditmer. Ditmer is a real estate investor for Shiells Realty.

9. Timothy Powers. Powers is a real estate investor and owner of Intero Real Estate Services.

10. Charles Rock. Rock is a real estate investor and owner of For the Right House, LLC.

11. Joseph Vesce. Vesce is a former real estate investor for Pacific Growth Properties.

12. Document custodian for JPMorgan Chase Bank, N.A.

Additionally, the United States may call document custodians from the following companies or entities to admit records of regularly conducted activities:

1. Bank of America, N.A.
2. California Department of Motor Vehicles
3. California Reconveyance Company
4. California Secretary of State
5. Cal-Western Reconveyance Company
6. CR Title Services, Inc.
7. Delaware Secretary of State
8. FedEx Express
9. Fidelity National Title Insurance Company
10. First American Trustee Servicing Solutions, LLC (formerly known as First American LoanStar Trustee Services, LLC)
11. Ocwen Financial Corporation (successor in interest to American Home Mortgage Servicing, Inc.)
12. Priority Posting and Publishing

13. ReconTrust Company, N.A.

14. Reliable Posting and Publishing

15. ResCap Liquidating Trust (successor in interest to ETS Services, LLC)

16. RTS Pacific, Inc. (successor in interest to Regional Trustee Services Corporation)

17. ServiceLink Agency Sales and Posting, LLC (successor in interest to LPS Agency Sales and Posting, Inc.)

18. T.D. Service Company

19. Trustee Corporation

20. Union Bank, N.A.

21. Washington Mutual Home Loans, Inc.

DATED: March 9, 2017

Respectfully submitted,

/s/

Kelsey Linnett
Trial Attorney
Antitrust Division
U.S. Department of Justice